## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **GERARDO MEJIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-14-855-R** |
| | ) | |
| **GARFIELD COUNTY JAIL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin. Doc. No. 8. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety. Plaintiff's claims against the Defendants are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 29th day of October, 2014.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE